**Memorandum Opinion issued June 2, 2011, Withdrawn, and Order filed September 27, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00388-CV

_____

### PRINCE KAMAL-MALIK MUHAMMED-EL aka TERRY JEROME BECK-EL, Appellant

### V.

### KENNETH NEGBENEBOR, CYNTHIA D. TILLEY and MARK CLARKE, Appellees

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 10-DCV-185518**

---

## O R D E R

On June 2, 2011, this court issued an opinion dismissing this appeal because the notice of appeal was filed more than 30 days after the trial court's judgment was signed. *See* Tex. R. App. P. 25.1(a). On June 15, 2011, appellant filed a motion for rehearing, in which he requested leave to proceed with a restricted appeal as a party who did not participate in the hearing resulting in the judgment. *See* Tex. R. App. P. 30. On June 27,

2011, the court requested that appellees file a response to the motion on or before July 8, 2011. No response has been filed. According to the record on file with this court, appellant is entitled to proceed with a restricted appeal.

On September 8, 2011, we granted appellant's motion for rehearing and ordered the appeal reinstated. The court also ordered appellant to file a brief in this appeal on or before October 10, 2011. This court's memorandum opinion issued June 2, 2011, is **WITHDRAWN,** and the June 2, 2011, judgment is ordered **VACATED.**

PER CURIAM